IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADE INDUSTRY PENSION FUND      ) ) ) ) v.                                                                    ) ) MIDWEST DRYWALL CO., INC.                         ) ) | No. 1:06CV00131 |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(c)(1), undersigned counsel, a member in good standing of the bar of this Court, hereby petitions for an order to admit Robert D. Overman to appear *pro hac vice* in this proceeding. In support of this motion, undersigned counsel submits the attached Declaration of Robert D. Overman verifying information required by this Court's rules. Pursuant to Local Rule 7.1(M), the undersigned contacted opposing counsel, on February 20, 2006, and he does not oppose this motion.

Mr. Overman has a long-term relationship with the Defendant. Mr. Overman's participation as counsel would materially advance the defense of this proceeding. I will continue to assist in all phases of this proceeding and will otherwise execute my obligations as a member of this Court's bar.

2

     For all of the above stated reasons and for the reasons stated in the attached declaration of Robert D. Overman, I respectfully request that the Motion to admit Mr. Overman *Pro Hac Vice* be granted. A proposed order is attached.

                                Respectfully submitted,

                                  MIDWEST DRYWALL CO., INC.

                                By: _____/s/_____
                                     Charles F. Walters
                                     D.C. Bar No. 444529

Seyfarth Shaw LLP
815 Connecticut Ave., NW, Suite 500
Washington D.C. 20006-4004
Phone: (202) 463-2400
Fax: (202) 828-5393
cwalters@seyfarth.com

Dated: February 27, 2006

2