IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>MIDWEST DRYWALL CO., INC. )<br>)<br>Defendant. )<br>_____ ) | Case Number 1:06-CV00131<br>Judge Gladys Kessler |

## **DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to D.C. LCvR Rule 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:   Robert D. Overman

2. I practice under the following firm name or letterhead:
   Name:  Morris, Laing, Evans, Brock & Kennedy, Chartered
   Address:  300 N. Mead, Suite 200, Wichita, Kansas  67202-2722
   Telephone number:  (316) 262-2671
   Fax:  (316) 262-6226
   E-mail address:  roverman@morrislaing.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States District<br>Court, District of Kansas<br>and United States Court of<br>Appeals for the Tenth Circuit | 09/1973 | 08155 |
| Supreme Court of Kansas | 09/1973 | 08155 |
| United States Court of Appeals<br>For the First Circuit | 06/08/2000 | 72073 |
| United States Court of<br>Appeals for the Fifth Circuit | 04/15/1999 | None Issued |

4.  I have never been disciplined by any bar of which I am or have been a member.

5.  I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the last two years.

6.  I do not engage in any practice of law from an office located in District of Columbia.

Dated:   February 17, 2006

_____
Robert D. Overman, Esq.