IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADE INDUSTRY PENSION FUND | )<br>)<br>)<br>) No. 1:06CV00131 |
| v. | )<br>) |
| MIDWEST DRYWALL CO., INC. | )<br>)<br>) |

## ORDER

Upon consideration of the Motion for *Pro Hac Vice* Admission of Robert D. Overman, it is hereby ORDERED, this _____ day of February, 2006, that the aforementioned Motion is granted, and Robert D. Overman is granted leave to appear *pro hac vice* as counsel for Defendant in this matter.

_____
The Honorable Gladys Kessler
United States District Judge

DC1 30161021.1

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADE INDUSTRY PENSION FUND<br><br>    v.<br><br>MIDWEST DRYWALL CO., INC. | )<br>)<br>)<br>)  No. 1:06CV00131<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1(K) STATEMENT**

Pursuant to Local Rule 7.1(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Sanford G. Rosenthal, Esq.
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street, Independence Square
>Philadelphia, PA 19106-3683
>(215) 351-0611
>
>Charles F. Walters, Esq.
>Seyfarth Shaw LLP
>815 Connecticut Avenue N.W., Suite 500
>Washington, DC  20006-4004
>(202) 828-5371
>Email:  cwalters@seyfarth.com

2

DC1 30161021.1