AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADE INDUSTRY PENSION FUND         )
                                    )
        Plaintiff(s)                )   **APPEARANCE**
                                    )
                                    )
            vs.                     )   CASE NUMBER   1:06CV00131
MIDWEST DRYWALL CO., INC.           )
                                    )
        Defendant(s)                )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Charles F. Walters__ as counsel in this
                                  (Attorney's Name)

case for: __Midwest Drywall Co., Inc.__
            (Name of party or parties)


February 27, 2006                        _[signature]_
Date                                     Signature

                                         Charles F. Walters
444529                                   Print Name
BAR IDENTIFICATION
                                         Seyfarth Shaw LLP, 815 Connecticut Ave, NW
                                         Address

                                         Washington, DC   20006
                                         City         State        Zip Code

                                         (202) 828-5371
                                         Phone Number