# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADE INDUSTRY PENSION FUND<br><br>                    Plaintiff<br><br>        v.<br><br>MIDWEST DRYWALL CO., INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:06CV00131<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CONSENT MOTION TO EXTEND
## TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Midwest Drywall Co., Inc., by its undersigned attorneys, hereby moves this Court for a twenty (20)-day extension of time to respond to Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on February 13, 2006, thus requiring it to respond to the Complaint by March 6, 2006 (March 5, 2006 being a Sunday).

2. In order to allow Defendant sufficient time to investigate and assess the allegations contained in the Complaint, and due the undersigned counsel for Defendant's press of business, Defendant requests an additional twenty (20) days – until Monday March 27, 2006 – to respond to the Complaint.

4. Granting this requested extension of time will not unduly delay this case, in which no scheduling order has been entered.

5. Plaintiff's counsel consented to this requested extension on February 14, 2006.

6. For all of the above reasons, it is appropriate to extend the time for Defendant to respond to Plaintiff's Complaint from March 6, 2006 until March 27, 2006.

WHEREFORE, Defendant respectfully requests that the Court extend the time for it to respond to Plaintiff's Complaint to March 27, 2006.

Respectfully submitted,

MIDWEST DRYWALL CO., INC.

By:_____/s/_____
Charles F. Walters, DC Bar No. 444529
 SEYFARTH SHAW LLP
 815 Connecticut Avenue, N.W., Suite 500
 Washington, D.C.  20006-4004
 (202) 463-2400 (tel)

Robert D. Overman,  Motion for Admission *Pro Hac Vice* pending
MORRIS LAING EVANS BROCK & KENNEDY, Chtd.
Old Town Square, 300 N. Mead, Suite 200
Wichita, KS  67202-2722
(316) 262-2671 (tel)

February 27, 2006