AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

MIDWEST DRYWALL CO., INC.

CASE NUMBER  1:06CV00131

JUDGE: Gladys Kessler

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 01/23/2006

TO: (Name and address of Defendant)

MIDWEST DRYWALL CO., INC.
1351 S. Reca Ct.
Wichita, KS  67209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JAN 2 3 2006
CLERK                                 DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT	DISTRICT OF COLUMBIA

International Painters and Allied Trades
Industry Pension Fund	Civil No.: 1:06CV00131

vs

Midwest Drywall Co., Inc.

SERVICE OF PROCESS ON: **Midwest Drywall Co., Inc.**

__Donald M. Branda_____, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:        __February 13, 2006__
Place of Service:       __1352 S Reca Ct., Wichita, KS__
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By hand delivering to an officer, manager or person in charge of defendant business.
     Name & Title: __Megan Tolle, Human Resource Dept. Mgr.__

Description of Person Receiving Documents: Male/Female   Skin Color __White__
                                            Hair Color __Blonde__ Age __35__ Hgt __5'8"__ Wgt __175__ lb

Undersigned declares under penalty of perjury that the foregoing is true and correct

__Donald M Branda__   __2/13/06__
Signature of Server   Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106           215-922-6700