IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case Number 1:06-CV00131 Judge Gladys Kessler |
| MIDWEST DRYWALL CO., INC. | ) ) | |
| Defendant. | ) ) ) | |

## UNCONTESTED MOTION FOR TELEPHONIC SCHEDULING CONFERENCE

COMES NOW the defendant, Midwest Drywall Co., Inc. ("Defendant") and respectfully requests that the Initial Scheduling Conference, which is scheduled for April 13, 2006 at 9:30 a.m., be held via telephone.  In support of this Uncontested Motion, Defendant shows the Court as follows:

1.    Pursuant to the Court's Order Setting Initial Scheduling Conference, an Initial Scheduling Conference is scheduled for April 13, 2006 at 9:30 a.m.

2.    Due to the fact that both parties' lead counsel are based outside of Washington, D.C., Defendant respectfully requests that the Initial Scheduling Conference be held by telephone.

3.    Defendant's counsel, Robert D. Overman, has conferred with Plaintiff's counsel, Sanford G. Rosethal, who concurs with this Uncontested Motion.

WHEREFORE and by reason of the foregoing, Defendant respectfully requests that the Initial Scheduling Conference be held by telephone.

Respectfully submitted,


By  /s/ Robert D. Overman
Robert D. Overman, KS No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226
E-mail:  roverman@morrislaing.com

Charles F. Walters
D.C. Bar No.  444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 828-5393
E-mail:  cwalters@seyfarth.com

*Attorneys for Defendant Midwest Drywall Co., Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2006, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683
*Attorney for Plaintiff Fund*


    /s/ Robert D. Overman
Robert D. Overman


2