IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>MIDWEST DRYWALL CO., INC. )<br>)<br>Defendant. )<br>_____) | Case Number 1:06-CV00131<br>Judge Gladys Kessler |

## ORDER

NOW on this ___ day of March, 2006, comes on for hearing Defendant's Uncontested Motion for Telephonic Scheduling Conference. Defendant's Uncontested Motion is hereby granted. The parties' counsel shall appear at the Initial Scheduling Conference on April 13, 2006 at 9:30 a.m. by telephone.

IT IS SO ORDERED

_____
HON. GLADYS KESSLER
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>MIDWEST DRYWALL CO., INC.<br><br>Defendant. | Case Number 1:06-CV00131<br>Judge Gladys Kessler |

## **LOCAL RULE 7.1(K) STATEMENT**

Pursuant to Local Rule 7.1(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Robert D. Overman
>Morris, Laing, Evans, Brock & Kennedy, Chtd.
>300 N. Mead, Suite 200
>Wichita, Kansas 67202-2722
>Telephone: (316) 262-2671
>Facsimile: (316) 262-6226

>Charles F. Walters
>Seyfarth Shaw LLP
>815 Connecticut Avenue N.W., Suite 500
>Washington, DC 20006-4004
>(202) 463-2400
>(202) 838-5393 (facsimile)

>Sanford G. Rosenthal
>Jennings Sigmond, P.C.
>The Penn Mutual Towers, 16th Floor
>510 Walnut Street, Independence Square
>Philadelphia, PA 19106-3683