IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 06-131 (GK/JMF) |

**Uncontested Motion to File**
<u>**Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses**</u>

  COMES NOW, on this 11th day of July, 2006, Defendant, Midwest Drywall Co, Inc. ("Defendant") respectfully requests leave of this Court to file <u>Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses</u>, a copy of which is attached to this Motion as Exhibit A. In support of this Uncontested Motion, Defendant shows the Court as follows:

  1. An inadvertent typing error in the original <u>Defendant's Brief Statement of the Case and Statutory Basis for Defenses</u> mistakenly identified the statutory relationship between Defendant and the International Union of Painters and Allied Trades, Local Union #159 (Local 159). 29 U.S.C. § 158(f) governs the statutory relationship between Defendant and Local 159 as opposed to 29 U.S.C. § 159(a).

  2. Correcting this error now will prevent any future confusion as the parties proceed.

  3. This Motion is based on the pleadings and papers on file in this action.

4. Defendant's counsel, Robert D. Overman, has conferred with Plaintiff's counsel, Sanford G. Rosenthal, who has represented that Plaintiff does not contest this Motion.

5. The accompanying <u>Agreed Order Granting Leave to File Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses</u> is stipulated to by Plaintiff's counsel.

Wherefore, and by reason of the foregoing, Defendant respectfully requests leave of this Court to file Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses.

Respectfully submitted,

MIDWEST DRYWALL CO., INC.

By  s/Robert D. Overman
Robert D. Overman, KS Bar No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226
E-mail:  roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 828-5393
E-mail:  cwalters@seyfarth.com

*Attorneys for Defendant Midwest Drywall Co., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of July, 2006, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
*Attorney for Plaintiff Fund*

                                              s/Robert D. Overman