IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-131 (GK/JMF) |

**Agreed Order Granting Leave to File**
**Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses**

NOW on this _____ day of July, 2006 this matter comes before the Court. Defendant appears by and through its counsel of record, Robert D. Overman of Morris, Laing, Evans, Brock & Kennedy, Chartered, and Charles F. Walters of Seyfarth Shaw, LLP. Plaintiff appears by and through its counsel of record Sanford G. Rosenthal of Jennings Sigmond, P.C. There are no other appearances.

WHEREUPON, being familiar with the Court's file in this matter, and having reviewed the agreement of the parties, the Court finds as follows:

1. Counsel for the parties have jointly agreed to grant the Defendant in this matter leave to file Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses. A copy of the Amended Defendant's Brief Statement of the Case and Statutory Basis for Defenses is attached to this Order as Exhibit A.

2. The parties stipulate to this Order to correct an inadvertent typing error in Defendant's original Brief Statement of the Case and Statutory Basis for Defenses.

3.  Leave for Defendant to File <u>Amended Defendant's Statement of the Case and Statutory Basis for Defenses</u> is GRANTED.

IT IS SO ORDERED.

                                                                                                                                   _____

                                                   The Hon. Gladys Kessler
                                                   United States District Court Judge

Approved by:

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | MIDWEST DRYWALL CO., INC. |
|---|---|
| By __s/Sanford G. Rosenthal__<br>Sanford G. Rosenthal<br>D.C. Bar No. 478737<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>Telephone: (215) 351-0611<br>Facsimile: (215) 922-3524<br>E-mail: srosenthal@jslex.com<br><br>*Attorney for Plaintiff Fund* | By _s/Robert D. Overman__<br>Robert D. Overman, KS Bar No. 08155<br>Morris, Laing, Evans, Brock & Kennedy, Chtd.<br>300 N. Mead, Suite 200<br>Wichita, Kansas 67202-2722<br>Telephone: (316) 262-2671<br>Facsimile: (316) 262-6226<br>E-mail: roverman@morrislaing.com<br><br>Charles F. Walters<br>D.C. Bar No. 444529<br>Seyfarth Shaw, LLP<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC 20006<br>Telephone: (202) 263-2400<br>Facsimile: (202) 828-5393<br>E-mail: cwalters@seyfarth.com<br><br>*Attorneys for Defendant Midwest Drywall Co., Inc.* |