IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | | |
| Plaintiff ) | CIVIL ACTION NO. | |
| v. ) | 06-131 (GK/JMF) | |
| ) | | |
| MIDWEST DRYWALL CO., INC. ) | | |
| ) | | |
| Defendant ) | | |

## JOINT STATUS REPORT

Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Pension Fund," "Fund," or "Plaintiff"), and Defendant, Midwest Drywall Co., Inc. ("Midwest Drywall," "Company" or "Defendant"), through their undersigned counsel, submit this Joint Status Report in accordance with the Court's direction following the Initial Scheduling Conference on April 18, 2006 to report on the current procedural status of this matter.

1. Following the April 18, 2006 Initial Scheduling Conference and at the request of the parties, this matter was referred to Magistrate Judge Facciola for early neutral evaluation for a period not to exceed 90 days and with an agreement that all discovery and the setting of other pretrial deadlines be stayed until after conclusion of the early neutral evaluation process.

2. An initial conference with Magistrate Judge Facciola was held on June 13, 2006.

3. At the conclusion of the June 13, 2006 conference, Magistrate Judge Facciola requested that the parties submit for his review and consideration any statutes and cases they felt supported their positions. The submissions were to be made on or before June 27, 2006. Following his receipt of the submissions, Magistrate Judge Facciola advised the parties he would review the materials and then schedule a follow up conference.

170025-1

4. The submissions were made by each party by the June 27, 2006 due date.

5. To date, a time and date for another conference has not been scheduled.

WHEREFORE, the parties request that the stay of discovery and all other pretrial matters be continued for another 60 – 90 days to allow the early neutral evaluation process to proceed in an orderly manner before Magistrate Judge Facciola.

Respectfully submitted,

/s/ Sanford G. Rosenthal
Sanford G. Rosenthal
D.C. Bar No. 478737
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
Telephone: (215) 351-0611
Fax: (215) 922-3524
E-Mail: srosenthal@jslex.com

Attorney for Plaintiff

Dated: July 14, 2006

/s/ Robert D. Overman
Robert D. Overman
KS No. 08155
MORRIS, LAING, EVANS,
BROCK & KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Fax: (316) 262-6226
E-Mail: roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
SEYFARTH SHAW, LLP
815 Connecticut Avenue, N.W., Ste. 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-Mail: cwalters@seyfarth.com

Attorneys for Defendant

Dated: July 14, 2006