IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>MIDWEST DRYWALL CO., INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-131 (GK/JMF) |

**<u>JOINT MOTION FOR STAY</u>**

Plaintiff, International Painters and Allied Trades Pension Fund ("Pension Fund"), and Defendant, Midwest Drywall Co., Inc. ("Midwest Drywall"), through their undersigned counsel, submit this joint motion for stay as follows:

1. Without waiving the threshold issue of law raised by Midwest Drywall of whether the Pension Fund's claim to impose the terms of labor agreements of outside-jurisdiction local unions (with whom Midwest Drywall does not have a statutory 8(f) or 9(a) relationship) on Midwest Drywall and its employees would be unlawful under the National Labor Relations Act and the Labor Management Relations Act and would be contrary to the Joint Trade Board of the Painters and Decorators Joint Committee, Inc.'s interpretation of the 50-50 Clause under the Master Agreement between the International Brotherhood of Painters and Allied Trades, Local Union #159 and Midwest Drywall;

2. Recognizing that neither party in *Flynn vs. Dick Corporation* in the United States District Court for the District of Columbia, Civil Action No. 03-1718 (AK) raised the above issue of law; and

3. Some of the issues raised in *Flynn v. Dick Corporation, supra,* on appeal before the United States Court of Appeals for the District of Columbia Circuit (Case No. 05-7187) may be applicable to the present case.

Therefore, in the interest of judicial economy and at the recommendation of Magistrate Judge Facciola, the parties jointly move to stay the present case pending the decision of the United States Court of Appeals for the District of Columbia Circuit in *Flynn v. Dick Corporation* (Case No. 05-7187).

Respectfully submitted,

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | MIDWEST DRYWALL CO., INC. |
|---|---|
| By s/Shanna M. Cramer<br>Shanna M. Cramer<br>PA Bar No. 91951<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>Telephone: (215) 351-0674<br>Facsimile: (215) 922-3524<br>E-mail: scramer@jslex.com | By s/ Robert D. Overman<br>Robert D. Overman<br>KS Bar No. 08155<br>Morris, Laing, Evans, Brock & Kennedy, Chtd.<br>300 N. Mead, Suite 200<br>Wichita, Kansas 67202-2722<br>Telephone: (316) 262-2671<br>Facsimile: (316) 262-6226<br>E-mail: roverman@morrislaing.com |
| Sanford G. Rosenthal<br>D.C. Bar No. 478737<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>Telephone: (215) 351-0611<br>Facsimile: (215) 922-3524<br>E-mail: srosenthal@jslex.com | Charles F. Walters<br>D.C. Bar No. 444529<br>Seyfarth Shaw, LLP<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, DC 20006<br>Telephone: (202) 263-2400<br>Facsimile: (202) 828-5393<br>E-mail: cwalters@seyfarth.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Dated: August 16, 2006.* |