UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
INTERNATIONAL PAINTERS         )
AND ALLIED TRADES INDUSTRY     )
PENSION FUND,                  )
                               )
            Plaintiff,         )
                               )
     v.                        )   Civil Action No. 06-131 (GK)
                               )
MIDWEST DRYWALL CO., INC.,     )
                               )
            Defendant.         )
_____)
```

### ORDER

In light of the inability of the parties to reach settlement in this matter; it is hereby

**ORDERED** that the parties shall submit a Joint Praecipe by **July 10, 2007** stating how this case should proceed and whether Motions for Summary Judgment would be appropriate.


June 29, 2007                    /s/_____
                                 Gladys Kessler
                                 United States District Judge


**Copies to: Attorneys of record via ECF**