IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | | |
| Plaintiff ) | CIVIL ACTION NO. | |
| v. ) | 06-131 (GK) | |
| ) | | |
| MIDWEST DRYWALL CO., INC. ) | | |
| ) | | |
| Defendant ) | | |

**JOINT PRAECIPE**

Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Pension Fund," "Fund," or "Plaintiff"), and Defendant, Midwest Drywall Co., Inc. ("Midwest Drywall," "Company" or "Defendant"), through their undersigned counsel, submit this Joint Praecipe in accordance with the Court's June 29, 2007 Order seeking the parties' positions on how this case should proceed and whether Motions for Summary Judgment would be appropriate.

1. The parties do not believe that Motions for Summary Judgment are appropriate at this time as there is a likelihood that facts material to the disposition of such motions presently would be in dispute but that an orderly discovery process will allow for the potential resolution of any disputes and to the stipulation of most facts.

2. On April 3, 2006, the parties submitted a Joint Statement and Proposed Scheduling Order Pursuant To Local Rule 16.3(D) ("Proposed Scheduling Order"). That proposal included timeframes for the completion of discovery and submission of motions for summary judgment following conclusion of an alternative dispute resolution/early neutral evaluation process.

3. Following the April 18, 2006 Initial Scheduling Conference, this matter was

185145-1

referred to Magistrate Judge Facciola for early neutral evaluation with an agreement that all discovery and the setting of other pretrial deadlines be stayed until after conclusion of the early neutral evaluation process.

4.    All proceedings before Magistrate Judge Facciola were concluded on June 28, 2007.

5.    The Joint Proposed Scheduling Order provided for a discovery period of 150 days after the conclusion of the alternative dispute resolution process (¶8); for submission of summary judgment motions 45 days following the end of discovery with oppositions submitted in accordance with Local Civil Rule 7 (¶6); for a final pretrial conference 30 days following disposition of any summary judgment motions or, if none are filed, 45 days following the close of discovery (¶12); and trial 30 to 60 days following the final pretrial conference (¶13). The Joint Proposed Scheduling Order also included provisions relating to interrogatories, document requests, depositions and expert witness discovery (See, ¶¶8(a) – (d) and 9).

6.    The parties suggest that this case proceed under a scheduling order consistent with the time periods initially proposed which would result in a deadline of November 25, 2007, for completion of all discovery (including expert witness discovery) and a deadline of January 9, 2008, for submission of Motion(s) for Summary Judgment.  The parties also suggest that all other provisions set forth in ¶¶6 through 13 of the previously submitted Joint Proposed Scheduling Order be incorporated into any final scheduling order.

WHEREFORE, the parties ask that the Court enter a Scheduling Order consistent with this Joint Praecipe.

                                                                                          Respectfully submitted,

| | |
|---|---|
| /s/ Sanford G. Rosenthal | /s/ Robert D. Overman |
| Sanford G. Rosenthal | Robert D. Overman |
| D.C. Bar No. 478737 | KS No. 08155 |
| JENNINGS SIGMOND, P.C. | MORRIS, LAING, EVANS, |
| The Penn Mutual Towers, 16th Floor | BROCK & KENNEDY, CHTD. |
| 510 Walnut Street, Independence Sq. | 300 N. Mead, Suite 200 |
| Philadelphia, PA 19106-3683 | Wichita, Kansas 67202-2722 |
| Telephone: (215) 351-0611 | Telephone: (316) 262-2671 |
| Fax: (215) 922-3524 | Fax: (316) 262-6226 |
| E-Mail: srosenthal@jslex.com | E-Mail: roverman@morrislaing.com |
| | |
| Attorney for Plaintiff | Charles F. Walters |
| | D.C. Bar No. 444529 |
| Dated: July 6, 2007 | SEYFARTH SHAW, LLP |
| | 815 Connecticut Avenue, N.W., Ste. 500 |
| | Washington, DC 20006 |
| | Telephone: (202) 263-2400 |
| | Facsimile: (202) 828-5393 |
| | E-Mail: cwalters@seyfarth.com |
| | |
| | Attorneys for Defendant |
| | |
| | Dated: July 6, 2007 |