IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br>      Plaintiff ) <br>   v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br>      Defendant. ) <br> _____) | | Civil Action No. 06-131 (GK/JMF) <br><br> **Next – Scheduled Court Deadline:** <br> **Status Conference: November 15, 2007** |

**CONSENT MOTION TO CONTINUE DEADLINE FOR WRITTEN DISCOVERY REQUESTS**

Counsel for Plaintiffs, Sanford G. Rosenthal, Esquire, with the consent of Defendant's counsel, Charles Walters, Esquire and Robert Overman, Esquire, submits this Consent Motion requesting that the Deadline for Written Discovery Requests including any Rule 26(a) disclosure requirements which have not been fully satisfied be extended from the current deadline of September 1, 2007 to September 17, 2007.

The continuance is being requested for the following reason:

1. I am disabled due to childhood polio and post polio syndrome and use a power wheelchair. In November 2006, I applied to Susquehanna Service Dogs for my first service dog. In late May 2007, I was matched with a service dog and, at that time, scheduled for 3 weeks of training beginning August 6, 2007. The training takes place in and around Harrisburg, Pennsylvania and where I will be required to stay as there is a rigorous full day of training each day.

2. My last day at work prior to leaving for training will be August 1, 2007. Between August 1, 2007 and August 5, 2007, when I leave for training, I will be making some changes at

185782-1

my home to accommodate my service dog. Once I have completed training and returned to Philadelphia, it will take several days to become acclimated to working with my service dog at home and at work.

3. From the commencement of this action, I have been lead counsel for Plaintiff and, as such, I am the attorney for Plaintiff that is most familiar with the issues and relevant documents.

4. I have discussed this request to extend the deadline for written discovery from September 1, 2007 to September 17, 2007 with Robert Overman, Defendant's lead counsel, who has consented to this request.

5. There have been no prior extensions of the discovery and pretrial schedule.

6. If the Court grants this request, it is not anticipated that any further extensions will be necessary and, further, granting this extension should not cause any delay in completing all other discovery and pretrial matters under the timetable in the current Scheduling Order.

WHEREFORE, counsel requests that this Motion be granted.

> Respectfully submitted,
>
> JENNINGS SIGMOND, P.C.
> BY:____s/Sanford G. Rosenthal_____
> Sanford G. Rosenthal
> D.C. Bar No. 478737
> The Penn Mutual Towers, 16th Floor
> 510 Walnut Street, Independence Square
> Philadelphia, PA 19106-3683
> Telephone: (215) 351-0611
> Facsimile: (215) 922-3524
> E-mail:  srosenthal@jslex.com
>
> Attorney for Plaintiff

Date:__July 23, 2007_____
185782-1



CONSENTED TO:

Robert D. Overman
KS Mar No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W., Ste. 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 828-5393
E-mail:   cwalters@seyfarth.com

Attorneys for Defendant

185782-1

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

**CERTIFICATE OF SERVICE**

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Consent Motion to Continue Deadline for Written Discovery Requests to be served via first class mail, postage prepaid on the date and to the addressed below:

Robert D. Overman, Esquire
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722

Charles F. Walters, Esquire
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W., Ste. 500
Washington, DC 20006

Date: July 23, 2007

/s/Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE