IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-131 (GK/JMF) <br><br> **Next – Scheduled Court Deadline:** <br> **Status Conference: November 15, 2007** |

### ORDER CONTINUING DEADLINE FOR WRITTEN DISCOVERY REQUESTS

Upon consideration of the Consent Motion to Continue Deadline for Written Discovery Requests submitted by counsel for Plaintiff and consented to by counsel for Defendant, it is ORDERED:

1. The Deadline for Written Discovery Requests including any Rule 26(a) disclosure requirements which have not been fully satisfied is extended from September 1, 2007 to September 17, 2007.

2. All other deadlines in the Scheduling Order enter July 9, 2007 shall remain unchanged.

BY THE COURT:

DATE: _____       _____
                               GLADYS KESSLER
                               United States District Judge

185782-1