IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br>v.<br><br>MIDWEST DRYWALL CO., INC.<br><br>Defendant. | Civil Action No. 06-131 (GK)<br>**Next – Scheduled Court Deadline**<br>**Status Conference: November 15, 2007** |

## NOTICE OF SERVICE OF DEFENDANT MIDWEST DRYWALL CO., INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND AND DEFENDANT MIDWEST DRYWALL CO., INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

COMES NOW Defendant, Midwest Drywall Co., Inc, by and through its counsel, Robert D. Overman of Morris Laing, Evans, Brock & Kennedy, Chartered, and Charles F. Walters of Seyfarth Shaw and states that the following was served upon counsel for plaintiff, by electronic mailing and by United States Postal Service, first class mail, postage prepaid, on the 16th day of August, 2007:

1. Defendant Midwest Drywall Co., Inc.'s First Set of Interrogatories to Plaintiff International Painters and Allied Trades Industry Pension Fund; and

2. Defendant Midwest Drywall Co., Inc.'s First Request for Production of Documents to Plaintiff International Painters and Allied Trades Industry Pension Fund.

Respectfully submitted,

MIDWEST DRYWALL CO., INC.

By /s  Robert D. Overman
Robert D. Overman,
KS Bar No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

*Attorneys for Defendant Midwest Drywall Co., Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of August 2007, I electronically filed the foregoing Notice of Service of Defendant Midwest Drywall Co., Inc.'s First Set of Interrogatories to Plaintiff International Painters and Allied Trades Industry Pension Fund and Defendant Midwest Drywall Co., Inc.'s First Request for Production of Documents to Plaintiff International Painters and Allied Trades Industry Pension Fund with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sanford G. Rosenthal    usdc-dc@jslex.com
Richard B. Sigmond
Shanna M. Cramer
at
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
*Attorney for Plaintiff Fund*

    s/  Robert D. Overman