IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>    Plaintiff<br>v.<br><br>MIDWEST DRYWALL CO., INC.<br>    Defendant | Civil Action No. 06-131 (GK)<br><br>Next – Scheduled Court Deadline:<br>Status Conference: November 15, 2007 |

### NOTICE OF SERVICE OF PLAINTIFF'S INTERROGATORIES TO MIDWEST DRYWALL CO., INC. (FIRST SET) AND PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO MIDWEST DRYWALL CO., INC. (FIRST SET)

COMES NOW Plaintiff, International Painters and Allied Trades Industry Pension Fund, by and through its counsel, Sanford G. Rosenthal, Jennings Sigmond, PC. and states that the following was served upon counsel for Defendant, by electronic mailing and by United States Postal Service, first class mail, postage prepaid, on the 17th day of September 2007:

1. Plaintiff's Interrogatories to Midwest Drywall Co., Inc. (First Set); and

2. Plaintiff's Request for Production of Documents Directed to Midwest Drywall Co., Inc. (First Set)

                                              JENNINGS SIGMOND, P.C.

                                        BY:   s/Sanford G. Rosenthal
                                                  SANFORD G. ROSENTHAL
                                                  (D.C. Bar No. 478737)
                                                  The Penn Mutual Towers, 16th Floor
                                                  510 Walnut Street, Independence Square
                                                  Philadelphia, PA  19106-3863
                                                  Telephone: (215) 351-0611
                                                  Facsimile: (215) 922-3524
                                                  E-Mail: srosenthal@jslex.com

                                                  Attorney for Plaintiffs

Date:  September 17, 2007
188078.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2007, I electronically filed the foregoing Notice of Service of Plaintiff's Interrogatories to Midwest Drywall Co., Inc. (First Set) and Plaintiff's Request for Production of Documents Directed to Midwest Drywall Co., Inc. (First Set) with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.

                                                  s/Sanford G. Rosenthal
                                                  SANFORD G. ROSENTHAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September 2007, I sent the foregoing by electronic mailing and first class mail, United States Postal Service, postage prepaid, to the following:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.

                                              s/ Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL