IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-131 (GK) <br> Next-Scheduled Court Deadline <br> Status Conference: November 15, 2007 |

**CONSENT MOTION TO CONTINUE DEADLINE FOR OPPONENT'S
RULE 26(a)(2) STATEMENTS**

Counsel for Defendant, Robert D. Overman and Charles F. Walters, with the consent of Plaintiff's counsel, Shanna M. Cramer (colleague of Sanford G. Rosenthal and whom he on September 30, 2007, identified to Defendant's counsel as the attorney that would be handling his day-to-day responsibilities in this case during his 30 to 60 day absence), submits this Consent Motion requesting that the deadline for Opponent's Rule 26(a)(2) statements be extended from the current deadline of October 15, 2007, to October 31, 2007.

The continuance is being requested for the following reason:

1. Midwest Drywall Co., Inc.'s expert witness, a Certified Public Accountant and Director with CBIZ Accounting, Tax and Advisory Services, has current responsibilities concerning the filing of other parties' Individual Income Tax Returns, Partnership Income Tax Returns, and Trust Income Tax Returns by October 15, 2007, for which extensions cannot be obtained without penalty, and thereafter is required to attend CBIZ training on October 16, 18, and 19, 2007, away from his Wichita, Kansas office in Kansas City and in Chicago. He therefore has stated that he needs 16 additional days to October 31, 2007, to complete the Rule 26(a)(2) written report.

2. I have communicated the need for this request to extend the deadline for Opponent's Rule 26(a)(2) statements from October 15, 2007, to October 31, 2007, with Plaintiff's counsel, Shanna M. Cramer, who has consented to this request.

3.  There has been one prior extension of the discovery and pretrial schedule based on Plaintiff's request to extend the deadline for written discovery requests from September 1, 2007, to September 17, 2007, granted by the Court on July 24, 2007.

4.  The granting of this motion should not cause any delay in completing all other discovery and pretrial matters under the timetable in the current Scheduling Order.

WHEREFORE, counsel request that this Motion be granted.

Respectfully submitted,

MIDWEST DRYWALL CO., INC.

By s/Robert D. Overman
Robert D. Overman, KS Bar No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226
E-mail:  roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 828-5393
E-mail:  cwalters@seyfarth.com

*Attorneys for Defendant Midwest Drywall Co., Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2007, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

    Sanford G. Rosenthal    usdc-dc@jslex.com
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

and a copy sent via e-mail to:

    Shanna M. Cramer    scramer@jslex.com
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

    *Attorney for Plaintiff Fund*

    s/Robert D. Overman