# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) | Civil Action No. 06-131(GK) **Next – Scheduled Court Deadline** |
| Plaintiff | ) | **Status Conference: November 15, 2007** |
| v. | ) ) | |
| MIDWEST DRYWALL CO., INC. | ) ) | |
| Defendant | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Richard B. Sigmond, Esquire on behalf of the International Painters and Allied Trades Industry Pension Fund in the above-referenced matter.

                                    Respectfully submitted,

                                    JENNINGS SIGMOND, P.C.

                                  BY: /s/ Richard B. Sigmond
                                    RICHARD B. SIGMOND, ESQUIRE
                                    (I.D. NO. 446969)
                                    The Penn Mutual Towers, 16th Floor
                                    510 Walnut Street, Independence Square
                                    Philadelphia, PA 19106-3683
                                    (215) 351-0674
Date: November 1, 2007                Attorney for Plaintiff

189852-1

**CERTIFICATE OF SERVICE**

I, Richard B. Sigmond, Esquire, state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC  20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.

Date: November 1, 2007            /s/Richard B. Sigmond
                                  RICHARD B. SIGMOND, ESQUIRE