IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | ) | |
| | ) | Civil Action No. 06-131(GK) |
| | ) | **Next – Scheduled Court Deadline** |
| Plaintiff | ) | **Status Conference: November 15, 2007** |
| v. | ) | |
| | ) | |
| MIDWEST DRYWALL CO., INC. | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINES

Plaintiff submits this Motion requesting that the Discovery Deadline and the Deadline for Filing Dispositive Motions be extended forty-five (45) days. Plaintiff respectfully requests the Court to (a) extend the Discovery Deadline from November 15, 2007 to December 31, 2007 and (b) extend the Deadline for Filing Dispositive Motions from December 15, 2007 to January 30, 2008.

The extension is being requested for the following reasons:

1. Sanford G. Rosenthal, Esquire has been lead counsel for Plaintiff since the commencement of this lawsuit.

2. Since September 27, 2007 Mr. Rosenthal has been on an extended medical leave and it is unknown when Mr. Rosenthal will return to work.

3. Richard B. Sigmond, Esquire and Shanna M. Cramer, Esquire will be handling this matter for the remainder of the case.

4. On October 4, 2007, counsel for Defendant asked Plaintiff's counsel to consent to a Motion requesting that the Opponent's R. 26 (a)(2) Statements October 15, 2007 deadline be extended to October 31, 2007. Plaintiff's counsel consented to the Motion.

5. On October 9, 2007, counsel for Defendant requested an extension of the deadline to respond to Plaintiff's Interrogatories and Request for Production of Documents. Plaintiff's counsel extended this courtesy to Defendant's counsel.

6. On October 25, 2007 and October 26, 2007, Plaintiff received Defendant's response to Plaintiff's discovery requests.

7. Defendant's response included roughly 10,000 pages of documents received via email in .pdf format, in addition to six (6) CDs containing thousands of pages of records and information.

8. In addition to reviewing Defendant's voluminous discovery responses, counsel for Plaintiff must also become familiar with the file and the unique issues presented in this case.

9. The Fund's auditor would also need sufficient time to review the approximate 10,000 pages of documents, many of which may relate to his audit findings, along with counsel.

10. Plaintiff believes that a forty-five (45) day extension of the Discovery Deadline and the Deadline for Filing Dispositive Motions would allow adequate time to review Defendant's discovery production and will allow replacement counsel to familiarize themselves with the issues in this case.

11. Counsel for Defendant opposes this Motion.

12. There has been one prior extension of the discovery and pretrial schedule.

13. Granting the requested extension should not cause any delay in completing all pretrial matters under Court's timetable in the current Scheduling Order, as under the proposed schedule requested in this motion, the anticipated pretrial conference may still occur at the same time as originally anticipated.

WHEREFORE, Plaintiff requests that this Motion be granted.

JENNINGS SIGMOND

BY:   s/Richard B. Sigmond
SANFORD G. ROSENTHAL (D.C. Bar No. 478737)
RICHARD B. SIGMOND (D.C. Bar No. 446969)
SHANNA M. CRAMER*

The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3863
Telephone: (215) 351-0674
Facsimile: (215) 922-3524
Counsel for Plaintiffs

Date:  November 1, 2007

*Application for Pro Hac Admission of Shanna M. Cramer shall be made at the appropriate time