**CERTIFICATE OF SERVICE**

I, Richard B. Sigmond, Esquire, state under penalty of perjury that I caused a copy of the foregoing Plaintiffs' Motion to Extend Deadlines to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC  20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.

Date: November 1, 2007              /s/Richard B. Sigmond
                                    RICHARD B. SIGMOND, ESQUIRE

189828.1