**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ) <br> ALLIED TRADES INDUSTRY ) <br> PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant ) | Civil Action No. 06-131(GK) <br> **Next – Scheduled Court Deadline** <br> **Status Conference: November 15, 2007** |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Deadlines, it is ORDERED:

1.   The Discovery Deadline is extended from November 15, 2007 to December 31, 2007.

2.   The Deadline for Filing Dispositive Motions is extended from December 15, 2007 to January 30, 2008.

3.   All other deadlines in the Scheduling Order enter July 9, 2007 shall remain unchanged.

          BY THE COURT:


DATE: _____     _____
                                                        GLADYS KESSLER
                                                        United States District Judge

189828.1