IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-131 (GK) <br> Next-Scheduled Court Deadline <br> Status Conference: November 15, 2007 |

## DEFENDANT'S RESPONSE TO NOT OPPOSE PLAINTIFF'S MOTION TO EXTEND DEADLINES

The basis for Plaintiff's Motion to Extend Deadlines was not fully disclosed to Defendant's counsel until receipt this afternoon of Plaintiff's Motion.

On October 29, 2007, counsel for Plaintiff, Ms. Cramer, by e-mail requested that Defendant stipulate to an extension of the discovery deadline for 45 to 60 days stating "I am not sure that I will be able to adequately prepare for and handle depositions by then considering the voluminous nature of your responses. Please advise."  On October 29, 2007, counsel for Defendant, Mr. Overman, responded that in light of the Court's July Order with discovery deadline and status conference set for November 15, 2007, and the deadline for filing dispositive motions set for December 15, 2007, Defendant did not agree to the proposed stipulation.

The only information provided by Plaintiff' to Defendant concerning Mr. Rosenthal was an e-mail on September 30, 2007, wherein Mr. Rosenthal stated that he would be taking "a brief medical leave of 30 to 60 days."  If Plaintiff had fully disclosed to Defendant the

basis for Plaintiff's Motion (Mr. Rosenthal's extended medical leave with it unknown when he would return to work, the necessity for replacement counsel, and the need for replacement counsel to familiarize themselves with the issues in the case), Defendant would not have opposed and does not now oppose Plaintiff's Motion to extend deadlines.

Respectfully submitted,

MIDWEST DRYWALL CO., INC.

By s/Robert D. Overman
Robert D. Overman, KS Bar No. 08155
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
D.C. Bar No. 444529
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

*Attorneys for Defendant Midwest Drywall Co., Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November, 2007, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

    Sanford G. Rosenthal     usdc-dc@jslex.com
    Richard B. Sigmond
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

and a copy sent via e-mail to:

    Shanna M. Cramer     scramer@jslex.com
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

    *Attorney for Plaintiff Fund*

                                              s/Robert D. Overman