IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-131 (GK) <br> Next-Scheduled Court Deadline <br> Status Conference: November 15, 2007 |

## UNCONTESTED MOTION FOR TELEPHONIC STATUS CONFERENCE

COMES NOW, the defendant, Midwest Drywall Co., Inc. ("Defendant") and respectfully requests that the Status Conference, which is scheduled for November 15, 2007, at 10:00 a.m. be held via telephone. In support of this Uncontested Motion, Defendant shows the Court as follows:

1. Pursuant to the Court's Order, a Status Conference is scheduled November 15, 2007, at 10:00 a.m.

2. Due to the fact that both parties' lead counsel are based outside of Washington, D.C., Defendant respectfully requests that the Status Conference be held by telephone.

3. Defendant's counsel, Robert D. Overman, has conferred with Plaintiff's counsel, Shanna M. Cramer, who concurs with this Uncontested Motion.

WHEREFORE, and by reason of the foregoing, Defendant respectfully requests that the Status Conference be held by telephone.

> Respectfully submitted,
>
> MIDWEST DRYWALL CO., INC.
>
> By  s/Robert D. Overman
> Robert D. Overman, KS Bar No. 08155
> Morris, Laing, Evans, Brock & Kennedy, Chtd.
> 300 N. Mead, Suite 200
> Wichita, Kansas  67202-2722
> Telephone:  (316) 262-2671
> Facsimile:  (316) 262-6226
> E-mail:  roverman@morrislaing.com
>
> Charles F. Walters
> D.C. Bar No. 444529
> Seyfarth Shaw, LLP
> 815 Connecticut Avenue, N.W.
> Suite 500
> Washington, DC  20006
> Telephone:  (202) 263-2400
> Facsimile:  (202) 828-5393
> E-mail:  cwalters@seyfarth.com
>
> *Attorneys for Defendant Midwest Drywall Co., Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of November, 2007, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

    Sanford G. Rosenthal        usdc-dc@jslex.com
    Richard B. Sigmond
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

and a copy sent via e-mail to:

    Shanna M. Cramer        scramer@jslex.com
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

    *Attorneys for Plaintiff Fund*

                                         s/Robert D. Overman