IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>MIDWEST DRYWALL CO., INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-131 (GK)<br>Next-Scheduled Court Deadline<br>Status Conference: November 15, 2007 |

## **ORDER**

NOW on this _____ day of November, 2007, comes on for hearing Defendant's Uncontested Motion for Telephonic Status Conference. Defendant's Uncontested Motion is hereby granted. The parties' counsel shall appear at the Status Conference on November 15, 2007, at 10:00 a.m. by telephone.

IT IS SO ORDERED.

_____
HON. GLADYS KESSLER
UNITED STATES DISTRICT COURT JUDGE