IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 06-131 (GK) |
| v. | ) ) | Next-Scheduled Court Deadline Filing Dispositive Motions: |
| MIDWEST DRYWALL CO., INC. | ) ) | January 30, 2008 |
| Defendant. | ) ) ) | |

### DEFENDANT MIDWEST DRYWALL CO., INC.'S
### NOTICE OF FILING OF BULK DOCUMENTS

The bulk documents are Exhibits numbered 1 through 32, as identified in Defendant Midwest Drywall Co., Inc.'s Statement of Material Facts As To Which There is No Genuine Issue filed in support of its Motion for Summary Judgment, and exceed 500 pages. An original and one copy of the bulk documents and a CD disk containing the bulk documents will be hand delivered to the Clerk of Court's office on January 24, 2008. The bulk documents will be electronically mailed to Plaintiff's counsel on January 24, 2008.

        Respectively submitted,

        By s/Robert D. Overman
        Robert D. Overman
        KS Bar No. 08155
        MORRIS, LAING, EVANS, BROCK &
        KENNEDY, CHTD.
        300 N. Mead, Suite 200
        Wichita, Kansas  67202-2722
        Telephone:  (316) 262-2671
        Facsimile:  (316) 262-6226
        E-mail:  roverman@morrislaing.com

                                            Charles F. Walters
                                            D.C. Bar No. 444529
                                            SEYFARTH SHAW, LLP
                                            815 Connecticut Avenue, N.W.
                                            Suite 500
                                            Washington, DC  20006
                                            Telephone:  (202) 263-2400
                                            Facsimile:  (202) 828-5393
                                            E-mail:  cwalters@seyfarth.com

January 24, 2008                 *Attorneys for Defendant Midwest*
                                            *Drywall Co., Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2008, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

      Sanford G. Rosenthal          usdc-dc@jslex.com
      Richard B. Sigmond
      Jennings Sigmond, P.C.
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street, Independence Square
      Philadelphia, PA 19106-3683

and a copy sent via e-mail to:

      Shanna M. Cramer            scramer@jslex.com
      Jennings Sigmond, P.C.
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street, Independence Square
      Philadelphia, PA 19106-3683

      *Attorneys for Plaintiff Fund*

                                            s/ Robert D. Overman