IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>MIDWEST DRYWALL CO., INC. )<br>)<br>Defendant. )<br>_____) | Case Number 06-131 (GK)<br>Next-Scheduled Court Deadline<br>Filing Dispositive Motions:<br>January 30, 2008 |

ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment. Upon consideration of this motion, any opposition thereto and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint be dismissed in its entirety with prejudice.

SO ORDERED.

_____
Honorable Judge Gladys Kessler

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Case Number 06-131 (GK) <br> Next-Scheduled Court Deadline: <br> Filing Dispositive Motions: <br> January 30, 2008 |

LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Suite 200
Wichita, Kansas  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 828-5393

Sanford G. Rosenthal
Richard B. Sigmond
Shanna M. Cramer
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683
Telephone: (215) 351-0611
Facsimile: (215) 922-3524