## CERTIFICATE OF SERVICE

      I, Richard B. Sigmond, Esquire, state under penalty of perjury that I caused a copy of the foregoing Plaintiff's Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, Statement of Material Facts As To Which There Is No Genuine Issue, Proposed Order, Declarations, Exhibits and accompanying documents to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC 20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.

Date: January 30, 2008                                      /s/Richard B. Sigmond
                                                                                        RICHARD B. SIGMOND, ESQUIRE

192767-1