# Exhibit 10



PAINTERS
SIGN PAINTERS
SCENIC ARTISTS
DRYWALL FINISHERS
PAPER HANGERS
PAINT MAKERS
FLOORCOVERERS
GLAZIERS
GLASS WORKERS

*and Allied Industrial Workers*

PAINTERS AND ALLIED TRADES

# DISTRICT COUNCIL 15

LOCAL 86 PHOENIX, AZ

LOCAL 159 LAS VEGAS, NV

LOCAL 2001 LAS VEGAS, NV

1701 WHITNEY MESA #105, HENDERSON, NEVADA 89014
(702) 452-2140 • Fax (702) 452-3062

## MEMORANDUM OF UNDERSTANDING BETWEEN

### INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES
### DISTRICT COUNCIL 15

### AND

### MIDWEST DRYWALL

This Memorandum of Understanding between International Union of Painters and Allied Trades, District Council 15 (the Union) and Midwest Drywall (the Employer) constitutes a waiver of Article 4 of the current Painters and Decorators Master Agreement, to which the Employer is signatory. The parties agree that this Memorandum shall be in effect for the current Agreement, for the duration of the Agreement.

For the Union:

John Smirk, BM/ST

Dated: January 29, 2007

For the Employer:

Midwest Drywall Co., Inc.

Dated: 2/6/07

AFFILIATED WITH: THE NEVADA STATE A.F.L.-C.I.O. SOUTHERN NEVADA CENTRAL LABOR COUNCIL, SOUTHERN NEVADA BUILDING AND CONSTRUCTION TRADES COUNCIL, INTERMOUNTAIN STATES CONFERENCE OF PAINTERS