# Exhibit 11



**Midwest Drywall Co., Inc.**

1351 S. Reca Court    Tel (316) 722-9559
P.O. Box 771170    Fax (316) 722-9682
Wichita, KS 67277-1170    Web www.mwdw.com

April 17, 2007

<u>**Federal Express Delivery**</u>
<u>**Tracking #9201 6598 6360**</u>

Southern Nevada Chapter
Painting and Decoration Contractors of America
1701 Whitney Mesa Drive, Suite 104
Henderson, NV 89014

    Re:    Assignment of Bargaining Rights
             Midwest Drywall Co., Inc.

To Whom It May Concern:

We have enclosed with this letter our assignment of bargaining rights to the Southern Nevada Chapter of P.D.C.A. for the Southern Nevada Painters and Allied Trades, Local Union 159 in the geographic area of Las Vegas and Southern Nevada.

We understand they are irrevocable until we give notice sent by registered or certified mail, addressed and delivered to the Senior Executive Director not less than 60 days prior to the expiration of the prevailing agreement and may not be revoked once negotiations have been commenced (proposals exchanged).

If you have any questions, please feel free to contact me directly.

Sincerely,

*[signature]*

Steven A. Nienke
President

Ref: 01 OIV 27    Date: 04/19/2007    SHIPPING: 19.50
Dep:    Wgt: 0.1 LBS    SPECIAL: 1.95
     HANDLING: 0.00
DV:    0.00    TOTAL: 21.45
Svcs: PRIORITY OVERNIGHT
TRCK: 9201 6598 6360

MWD1202

START **Strong.** FINISH **Strong.**

PRE-CONSTRUCTION SERVICES · LOAD-BEARING LIGHT GAUGE STEEL · PANELIZING · THEMED ENVIRONMENTS · SPECIALTY CEILINGS · EIFS/PLASTER · DRYWALL



**Midwest Drywall Co., Inc.**

1351 S. Reca Court    Tel (316) 722-9559
P.O. Box 771170    Fax (316) 722-9682
Wichita, KS 67277-1170    Web www.mwdw.com

Southern Nevada Chapter
Painting and Decoration Contractors of America
1701 Whitney Mesa Drive, Suite 104
Henderson, NV 89014

### ASSIGNMENT OF BARGAINING RIGHTS

The undersigned, an authorized representative of the below listed firm, hereby authorizes the Negotiating Committee of the Southern Nevada Chapter of The Painting and Decorating Contractors of America to represent said firm in Negotiation with the Southern Nevada Painters and Allied Trades, Local Union 159.

In consideration of the Chapter (PDCA) acting as my (our) exclusive collective bargaining agent as herein authorized, I (we) hereby agree that this authorization shall be irrevocable until the undersigned shall give notice sent by registered or certified mail, addressed and delivered to the Senior Executive Director of the Chapter (PDCA) not less than 60 days prior to the expiration of the prevailing agreement. Said authority may not be revoked once negotiations have been commenced (proposals exchanged).

SIGNED _[signature]_ DATE March 16, 2007
Steven A. Nienke, President

COMPANY MIDWEST DRYWALL CO., INC.

Return of signed authorization by Federal Express delivery

START **Strong.** FINISH **Strong.**

MWD1203

Civil Action No. 06-131(GK)

**EXHIBIT 25**



"Mike Dunham"
&lt;dunham159@msn.com&gt;

04/16/2004 01:23 PM

To: &lt;gmeyers@iupat.org&gt;
cc: "John Smirk" &lt;jsmirk@msn.com&gt;
Subject: Midwest Drywall

Gary,

Midwest Drywall is not signed to the current CBA which expries June 30, 2004. They are signed to the agreement that is previous to this agreement. They have never terminated the previous agreement and are living up to the terms and conditions (including wage and benefit increases) of the new agreement but are not signed to it.

The current and previous agreement allows an employer to terminate the agreement with notification no sooner that 60 days but no more than 90 days. This period of time is this month of April.

I am faxing a copy of the signature page and duration clause.

If I can be of further assistance, please contact me.

Mike Dunham
Business Manager
IUPAT Local Union 159