# Exhibit 12

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

PAINTERS AND ALLIED TRADES ONE UNION INTERNATIONAL UNION INDUSTRY PENSION FUND

Office of
Gary J. Meyers
Fund Administrator

202-783-4884
Fax 202-393-6475

ONE VOICE

Representing Protective and Decorative Coatings Applicators • Wallcoverers • Drywall Finishers • Painters • Decorators • Scenic Artists • Designers • Civil Service Workers • Shipyard Workers • Maintenance Workers • Building Cleaners • Metal Polishers Metalizers • Public Employees • Clerical Workers • Professional Employees • Security Guards • Safety Engineers • Bridge Painters • Riggers • Tank Painters, Marine Painters • Containment Workers • Waterblasters • Vacuum Cleaners • Sign Painters • Sign and Display Workers • Bill Posters • Convention and Show Decorators and Builders • Paint Makers • Glaziers • Architectural Metal and Glass Workers • Sandblasters • Lead Abatement Workers • Floorlaying and Decorative Coverings Workers • Journeymen and Apprentice Commercial, Industrial, Highway, Residential Construction Workers

ONE AGENDA

United Unions Building
1750 New York Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

Organizing Since 1887



March 10, 2004

**CERTIFIED RETURN MAIL**
**RECEIPT NO. 7106 4575 1292 3333 7499**

Midwest Drywall Company Inc.
4712 NW Gateway
Riverside, MO 64150

Code: M-1028
LU #: DC0003/159

Dear Sir/Madam:

In accordance with the enclosed Agreement and Declaration of Trust Booklet of the IUPAT Industry Pension Fund, Article VI, Section 6, and in conformity with our regular auditing control procedures, the auditors of the Fund, the firm of Moore, Renner & Simonin, Certified Public Accountants, will be in your area in the very near future, to perform an audit of your records. This audit will include all Locals that participate under District Council 3. **Being audited in no way implies that your company has not fulfilled its obligations to the Pension Fund.**

The Board of Trustees, consisting of labor management representatives, relies on certified public accounting firms to conduct the audits. A list of the records the auditor will need is listed below. The Trustees in accordance with the provisions of the Agreement and Declaration of Trust have deemed these records relevant. Please have the following records available for the auditor covering the entire audit period of January 2001 to present, up through and including the most current month to date:

1) Your copy of the remittance reports filed with the Pension Fund;
2) Employees; individual earnings records detailing hours paid; if not available in that form, some record detailing hours paid per employee should be made available;
3) Quarterly payroll tax returns (Federal Form 941 and State unemployment returns) and Annual W-2's;
4) Cash disbursement journals and/or checkbooks;
5) General ledger;
6) Federal Forms 1096 and 1099;
7) Vendor invoices; and
8) Reports filed with any Trust Funds to which you pay fringe benefit contributions on any of your employees.

Please be advised, the up-coming audit should not hinder your monthly reporting and payment of pension contributions and you will be expected to remain current with the Fund.

A representative of Moore, Renner & Simonin will call on you in the near future to inform you as to the date he will conduct the audit.

Sincerely yours,

Gary J. Meyers

Gary J. MEYERS
Fund Administrator

VM:gls
opeiu #2
afl-cio

Enclosure

cc: Local Union 159
District Council 3
Moore, Renner & Simonin

7106 4575 1292 3333 7499

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

Sent To:

Midwest Drywall Company, Inc.
4712 NW Gateway
Riverside, MO 64150

PS Form 3800, June 2000 US Postal Service **Certified Mail Receipt**

2

2. Article Number

7106 4575 1292 3333 7499

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) Yes

1. Article Addressed to:

Midwest Drywall Company, Inc.
4712 NW Gateway
Riverside, MO 64150

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) B. Date of Delivery

C. Signature

D. Is delivery address different from item 1? If YES, enter delivery address below:

MAR 16 2004

RECEIVED MAR 19 2004 IUPAT PENSION FUND

PS Form 3811, June 2000 Domestic Return Receipt