# Exhibit 14

# ROBERT E. MOORE, C.P.A.

1. B.S. in Accounting, Southern Illinois University, Carbondale – June, 1965

2. Illinois C.P.A. – November, 1965

3. 43 years public accounting, small firm practice
   Current: Shareholder in:
   Moore, Renner & Simonin
   3636 North Belt West
   Belleville, IL 62226

4. Specialties include:

   Governmental auditing (in Illinois) – performing audits of various school districts, townships, cities and other municipalities required by State statute

   Taft-Hartley Plans

   a. IUPAT Industry Pension Fund - perform contribution compliance audits

   b. Southwest Illinois Bricklayers Pension Fund – prepare annual audit of the Fund, prepare Form 5500, perform contribution compliance audits

   c. Southwest Illinois Bricklayers Health and Welfare Fund - prepare annual audit of the Fund, prepare Form 5500, perform contribution compliance audits

   d. Central Illinois Bricklayers Health and Welfare Fund - prepare annual audit of the Fund, prepare Form 5500, perform contribution compliance audits

   e. Painters Local 157 (Evansville, IN) - perform contribution compliance audits

   Employer contribution compliance audits (50 – 70 per year)

5. Continuing Education includes:

   Complete 40 hours per year of AICPA accredited courses to meet Illinois and Governmental (yellow book) requirements

188033.1

       Courses include:

            audit and attest (opinions)
            Employee retirement plans
            Various tax and accounting

6.    Fee for Midwest Drywall Audit

| | |
|---|---|
| Fee (accountant and secretarial) | $6,300.00 |
| Travel | $837.83 |
| Total | $7,137.83 |