# TABLE OF AUTHORITIES

## FEDERAL CASES

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 106 S. Ct. 2505 (1986) ........................8, 9

*Barnstead Broadcasting Corporation v. Offshore Broadcasting Corporation*, 886
    F.Supp. 874 (D.D.C. 1995) ...............................................................8

*Bennett v. Machined Metals Co.*, 591 F. Supp. 600 (E.D.Pa. 1984)...................................18

*Carpenters Health and Welfare Fund of Philadelphia and Vicinity v. Building
    Tech*, 747 F. Supp. 288 (E.D. Pa. 1990) .........................................16, 17, 18

*Carpenters & Joiners Welfare Fund v. Gittleman Corp.*, 857 F.2d 476 (8th
    Cir.1988)................................................................................18

*Celotex Corp. v. Catrett*, 477 U.S. 317, 106 S.Ct. 2548 (1986) ...........................................8

*Central States, S.E. & S.W. Areas Pension Fund v. Admiral Merchants Motor
    Freight, Inc.*, 511 F. Supp. 38 (D.Minn. 1980)................................................16

*Cortez III v. N.A.S.A.*, 921 F.Supp. 8 (D.D.C.1996) ..........................................................8

*Flynn et al. v. Dick*, 481 F.3d 824 (D.C. Cir. 2007) .....................................................12, 13

*Flynn v. Mastro Masonry Contractors*, 237 F. Supp. 2d 66 (D.D.C. 2002).......................18

*Flynn v. Thibodeaux Masonry, Inc.*, 311 F. Supp. 2d 30 (D.D.C. 2004)............................19

*Frito-Lay, Inc. v. Willoughby*, 863 F.2d 1029 (D.C.Cir.1988) ............................................8

*Free v. Briody*, 703 F.2d 807 (7th Cir. 1986) ...................................................................19

*Harding v. Gray*, 9 F.3d 150 (D.C.Cir.1993) ....................................................................8

*Harris & Ruth Painting Contracting, Inc. v. Tapers Local Union 487*, Opinion of
    March 21, 1997 (E.D.Calif., Civ. No. 96-1030) ...................................14, 15

*Idaho Plumbers & Pipefitters v. United Mechanical Contractors, Inc.*, 875 F.2d
    212 (9th Cir.1989).........................................................................17

*International Painters and Allied Trades Industry Pension Fund v. R.W. Amrine
    Drywall Co., Inc.*, 239 F. Supp. 2d 26 (D.D.C. 2002) ...................................19

i

*Laborers' District Council Pension & Disability Trust No. 3 v. Jones & Artis
Construction Co. Inc.*, 1992 WL. 510260 (D.D.C. 1992)................................16

*Laningham v. U.S. Navy*, 813 F.2d 1246 (D.C.Cir.1987)...................................9

*Local Union No. 36, Sheet Metal Workers' International Association, AFL-CIO v.
Atlas Air Conditioning Company*, 926 F.2d 770 (8th Cir. 1991)..................12

*Martinsville Nylon Employees Council Corp. v. NLRB*, 969 F.2d 1263 (D.C. Cir.
1992) ..........................................................................................................15

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 106 S.Ct. 1348
(1986)............................................................................................................8

*McKinstry v. Sheet Metal Workers International Assoc.*, 859 F.2d 1382 (9th Cir.
1988) ..........................................................................................................12

*Peterson v. Lehigh Valley District Council*, 676 F.2d 81 (3d Cir. 1982) ...........7

*Radobenko v. Automatic Equipment Corp.*, 520 F.2d 540 (9th Cir.1975)..........9

*Trustees of the Glaziers Local 963 Pension, Welfare and Apprentice Funds v.
Walker and Laberge Co.. Inc.*, 619 F. Supp. 1402 (D.Md.1985) ................18

*UMWA 1974 Pension v. Pittston Co.*, 984 F.2d 469 (D.C. Cir. 1993) ...............11

*W.M. Ercanbrack Co., Inc. v. Sol Salins, Inc.*, 844 F. Supp. 817 (D.D.C.1994).............8, 9

## FEDERAL STATUTES

26 U.S.C. §6621 .....................................................................................................19

29 C.F.R. §2530-200b-2(a)(1) ..............................................................................16

29 C.F.R. §2530-200b-2(a)(2) ..............................................................................16

29 U.S.C. §1002(37)(2) ...........................................................................................1

29 U.S.C. §1002(37)(3) ...........................................................................................1

Fed. R. Civ. P. 56(c) ............................................................................................7, 8

29 U.S.C. §186(c)(5)...............................................................................................1

ii

29 U.S.C. §1132(a)(2) ....................................................................................19

29 U.S.C. §1132(g)(2) .............................................................................10, 19

29 U.S.C. §1145....................................................................................................10

**MISCELLANEOUS**

*Mid-Atlantic Painting Contractors, Inc.*, 315 N.L.R.B. 193 (1994)................................12