## TABLE OF CONTENTS

                                                                         Page

I. FACTS .................................................................................................................1

II. ARGUMENT .........................................................................................................7

    A. SUMMARY JUDGMENT IS APPROPRIATE IN THIS CASE BECAUSE THERE ARE NO GENUINE ISSUES OF MATERIAL FACT .........................7

    B. MIDWEST IS SIGNATORY TO A LABOR AGREEMENT WITH DC 15 AND LOCAL 159 AND IS THUS OBLIGATED TO MAKE CONTRIBUTIONS TO THE FUNDS IN ACCORDANCE WITH THE LABOR AGREEMENT, TRUST AGREEMENTS AND PLAN ......................9

        1. The Audit Revealed that Midwest Failed to Make Contributions in Accordance with the Labor Agreement, Trust Agreement and Plan .....11

    C. MIDWEST IS BOUND TO THE OUT-OF-AREA CLAUSE WHICH IS CLEAR AND UNAMBIGUOUS ...............................................................11

    D. MIDWEST OWES CONTRIBUTIONS, INTEREST, LIQUIDATED DAMAGES, ATTORNEYS' FEES AND COSTS AND AUDIT COSTS UNDER THE LABOR AGREEMENTS, TRUST AGREEMENTS, PLAN AND ERISA ..............................................................................................16

        1. Liquidated Damages ................................................................16
        2. Interest .....................................................................................19
        3. Attorneys' Fees and Costs .......................................................19
        4. Audit Costs ..............................................................................19

III. <u>CONCLUSION</u> ..................................................................................................20