IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST DRYWALL CO., INC. <br><br> Defendant. | Civil Action No. 06-131(GK) |

### ERRATA TO EXHIBIT 5(d)

TO THE CLERK:

On January 30, 2008, Plaintiff, International Painters and Allied Trades Industry Pension Fund electronically filed a Motion for Summary Judgment, Memorandum of Points and Authorities, Statement of Material Facts As To Which There Is No Genuine Issue and accompanying Exhibits. Plaintiff inadvertently attached an incomplete version of Exhibit 5(d) to the Statement of Facts. Kindly replace the current Exhibit 5(d) with the attached document.

JENNINGS SIGMOND, P.C.

BY: /s/ Richard B. Sigmond
RICHARD B. SIGMOND, ESQUIRE
(I.D. NO. 446969)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0609
Attorney for Plaintiff

Date: February 4, 2008

193091-1

## CERTIFICATE OF SERVICE

I, Richard B. Sigmond, Esquire, state under penalty of perjury that I caused a copy of the foregoing Plaintiff's Errata to Exhibit 5(d) to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

Robert D. Overman
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste. 200
Wichita, Kansas 67202-2722
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
E-mail: roverman@morrislaing.com

Charles F. Walters
Seyfarth Shaw, LLP
815 Connecticut Avenue, N.W. Ste. 500
Washington, DC  20006
Telephone: (202) 263-2400
Facsimile: (202) 828-5393
E-mail: cwalters@seyfarth.com

Attorneys for Defendant Midwest Drywall Co., Inc.


Date: February 4, 2008                     /s/Richard B. Sigmond
                                           RICHARD B. SIGMOND, ESQUIRE

193091-1