IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST DRYWALL CO., INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-131 (GK) <br> **Next-Scheduled Court Deadline** <br> **Pretrial Conference** |

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Joseph E. Kolick, Jr. as co-counsel on behalf of the International Painters and Allied Trades Industry Pension Fund in the above-referenced matter.

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

BY  /s/ Joseph E. Kolick, Jr.
Joseph E. Kolick, Jr.
(I.D. No. 292979)
1825 Eye Street, NW
Washington, DC  20006
Telephone: (202) 420-2253
Facsimile:  (202) 420-2201

Date: February 6, 2008              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Joseph E. Kolick, Jr., state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery or fax on the date set forth below addressed to:

Richard B. Sigmond, Esq.
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683
Telephone:  (215) 351-0609
Facsimile:  (215) 922-3524
E-mail:  usdc-dc@jslex.com

Robert D. Overman, Esq.
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste 200
Wichita, KS  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226
E-mail:  roverman@morrislaing.com

Charles F. Walters, Esq.
Seyfarth Shaw, LLP
815 Connecticut Avenue, NW, Ste. 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 282-5393
E-mail:  cwalters@seyfarth.com

Date:  February 6, 2008                    /s/ Joseph E. Kolick, Jr.
                                           Joseph E. Kolick, Jr.