**EXHIBIT 33**



**Midwest Drywall Co., Inc.**

1351 S. Reca Court  Tel (316) 722-9559
P.O. Box 771170  Fax (316) 722-9682
Wichita, KS 67277-1170  Web www.mwdw.com

September 25, 2007

Mr. John Smirk, BM/ST
Painters and Allied Trades
District Council 15
1701 Whitney Mesa #105
Henderson, NV  89014

Re:  Memorandum of Understanding

Dear Mr. Smirk:

In accordance with your agreement to enter a Memorandum of Understanding with Midwest Drywall for the current collective bargaining agreement, a Memorandum is enclosed for signature and return.

The language of this Memorandum of Understanding is the same as our prior agreement (copy enclosed) as was offered to us prior to negotiations and verified after negotiations were successfully completed.

If you have any questions, please feel free to contact me directly.

Sincerely,


Steven A. Nienke
President


MWD1205                    START **Strong.** FINISH **Strong.**



PAINTERS
SIGN PAINTERS
SCENIC ARTISTS
DRYWALL FINISHERS
PAPER HANGERS
PAINT MAKERS
FLOORCOVERERS
GLAZIERS
GLASS WORKERS

and Allied Industrial Workers

PAINTERS AND ALLIED TRADES

# DISTRICT COUNCIL 15

LOCAL 86 PHOENIX, AZ

LOCAL 159 LAS VEGAS, NV

LOCAL 2001 LAS VEGAS, NV

1701 WHITNEY MESA #105, HENDERSON, NEVADA 89014
(702) 452-2140 • Fax (702) 452-3062

## MEMORANDUM OF UNDERSTANDING BETWEEN

### INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES
### DISTRICT COUNCIL 15

### AND

### MIDWEST DRYWALL

This Memorandum of Understanding between International Union of Painters and Allied Trades, District Council 15 (the Union) and Midwest Drywall (the Employer) constitutes a waiver of Article 4 of the current Painters and Decorators Master Agreement, to which the Employer is signatory. The parties agree that this Memorandum shall be in effect for the current Agreement, for the duration of the Agreement.

For the Union:                                    For the Employer:

_(signature)_                                     Midwest Drywall Co, Inc.
                                                  _(signature)_
John Smirk, BM/ST

Dated: January 29, 2007                           Dated: 2/6/07



AFFILIATED WITH: THE NEVADA STATE A.F.L.-C.I.O. SOUTHERN NEVADA CENTRAL LABOR COUNCIL, SOUTHERN NEVADA BUILDING AND CONSTRUCTION TRADES COUNCIL, INTERMOUNTAIN STATES CONFERENCE OF PAINTERS

MEMORANDUM OF UNDERSTANING BETWEEN

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL 15

AND

MIDWEST DRYWALL

This Memorandum of Understanding between International Union of Painters and Allied Trades, District Council 15 (the Union) and Midwest Drywall (the Employer) constitutes a waiver of Article 4 of the current Painters and Decorators Master Agreement, to which the Employer is signatory. The parties agree that this Memorandum shall be in effect for the current Agreement, for the duration of the Agreement.

For the Union:                          For the Employer:

_____                  Midwest Drywall Co., Inc.

_____                  _____

                                        Steven A. Nienke, President

Dated: _____                   Dated: September 25, 2007

MEMORANDUM OF UNDERSTANING BETWEEN

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL 15

AND

MIDWEST DRYWALL

This Memorandum of Understanding between International Union of Painters and Allied Trades, District Council 15 (the Union) and Midwest Drywall (the Employer) constitutes a waiver of Article 4 of the current Painters and Decorators Master Agreement, to which the Employer is signatory. The parties agree that this Memorandum shall be in effect for the current Agreement, for the duration of the Agreement.

For the Union:                          For the Employer:

                                        Midwest Drywall Co., Inc.

                                        _____

                                        Steven A. Nienke, President

Dated: _____           Dated: September 25, 2007