**EXHIBIT 37**

Case 1:06-cv-00131-GK    Document 35-9    Filed 02/06/2008    Page 1 of 2

Case 1:06-cv-00131-GK   Document 35-9   Filed 02/06/2006   Page 2 of 2

Office of the Law Revision Counsel, U.S. House of Representatives
Home   Search   Download   Classification   Codification   About



Go to 1st query term(s)

```
-CITE-
    29 USC Sec. 1145                                      01/02/2006
-EXPCITE-
    TITLE 29 - LABOR
    CHAPTER 18 - EMPLOYEE RETIREMENT INCOME SECURITY PROGRAM
    SUBCHAPTER I - PROTECTION OF EMPLOYEE BENEFIT RIGHTS
    Subtitle B - Regulatory Provisions
    part 5 - administration and enforcement
-HEAD-
    Sec. 1145. Delinquent contributions
-STATUTE-
      Every employer who is obligated to make contributions to a
    multiemployer plan under the terms of the plan or under the terms
    of a collectively bargained agreement shall, to the extent not
    inconsistent with law, make such contributions in accordance with
    the terms and conditions of such plan or such agreement.
-SOURCE-
      (Pub. L. 93-406, title I, Sec. 515, as added Pub. L. 96-364, title
    III, Sec. 306(a), Sept. 26, 1980, 94 Stat. 1295.)
-MISC1-
                              EFFECTIVE DATE
      Section effective Sept. 26, 1980, except as specifically
    provided, see section 1461(e) of this title.
```

