**EXHIBIT 38**





LAW OFFICES OF

# MORRIS LAING
Evans Brock & Kennedy, Chtd.

| | | | |
|---|---|---|---|
| Ralph R. Brock | Karl R. Swartz | Richard A. Kear | Lester L. Morris |
| Robert I. Guenther | Roger L. Theis | Cameron V. Michaud | 1901 – 1966 |
| Ken M. Peterson | Richard F. Hayse | Ryan M. Peck | Verne M. Laing |
| Robert D. Overman | Thomas R. Docking | Shannon M. Braun | 1907 - 2000 |
| A.J. Schwartz, Jr. | Diane S. Worth | Will B. Wohlford | Ferd E. Evans, Jr. |
| Donald E. Schrag | Tim J. Moore | Edward L. Robinson | 1919 – 1991 |
| William B. Sorensen, Jr. | Janet Huck Ward | | Joseph W. Kennedy |
| Jeffery L. Carmichael | Roger N. Walter | | 1932 - 2005 |
| Robert W. Coykendall | James D. Young | Of Counsel | |
| Robert K. Anderson | Kelly S. Herzik | Robert P. Burns | Dennis M. Feeney |
| Susan R. Schrag | Luke A. Sobba | John W. Johnson | 1953 – 2001 |
| Michael Lennen | Kimberly K. Bonifas | Derek L. Park | |

Sender's email: roverman@morrislaing.com

January 10, 2006

**VIA FACSIMILE 215-922-3524**

Mr. Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers
16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pennsylvania 19106-3683

Re:    Your letter dated January 6, 2006, to Steven Nienke, President
       of Midwest Drywall Co., Inc.

Dear Mr. Rosenthal:

We represent Midwest Drywall Co., Inc. In reference to the claims you assert in your letter to Mr. Nienke, we request that you provide to this office, either by e-mail in pdf. format or by overnight delivery, copies of all written agreements with Midwest Drywall that specify the detailed basis on which such claimed payments were to be made.

Sincerely,

Robert D. Overman
For the Firm

RDO/cah
cc:  Midwest Drywall Co., Inc.

MWD4610