**EXHIBIT 39**

**LAW OFFICES OF**
**MORRIS LAING**
Evans Brock & Kennedy, Chtd.

| | | | |
|---|---|---|---|
| Ralph R. Brock | Karl R. Swartz | Richard A. Kear | Lester L. Morris 1901 - 1966 |
| Robert I. Guenthner | Roger L. Theis | Cameron V. Michaud | |
| Ken M. Peterson | Richard F. Hayse | Ryan M. Peck | Verne M. Laing 1907 - 2000 |
| Robert D. Overman | Thomas R. Docking | Shannon M. Braun | |
| A.J. Schwartz, Jr. | Diane S. Worth | Will B. Wohlford | |
| Donald E. Schrag | Tim J. Moore | Edward L. Robinson | Ferd E. Evans, Jr. 1919 – 1991 |
| William B. Sorensen, Jr. | Janet Huck Ward | | |
| Jeffery L. Carmichael | Roger N. Walter | | Joseph W. Kennedy 1932 - 2005 |
| Robert W. Coykendall | James O. Young | Of Counsel | |
| Robert K. Anderson | Kelly S. Herzik | Robert P. Burns | |
| Susan R. Schrag | Luke A. Sobba | John W. Johnson | Dennis M. Feeney 1953 – 2001 |
| Michael Lennen | Kimberly K. Bonifas | Derek L. Park | |

Sender's email: roverman@morrislaing.com

January 16, 2006

**VIA FEDERAL EXPRESS**

Mr. Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers
16th Floor
510 Walnut Street
Independence Square
Philadelphia, Pennsylvania 19106-3683

  Re: Your letter dated January 6, 2006, to Steven Nienke, President
     of Midwest Drywall Co., Inc.

Dear Mr. Rosenthal:

  On behalf of Midwest Drywall Co., Inc. we are responding to your January 6, 2006, letter. Midwest Drywall denies all of the claims asserted by the Trustees, including claims asserted as to the Pension Fund, JATC, and LMCI. The alleged contributions sought would be illegal.

            Sincerely,

            Robert D. Overman
            For the Firm

RDO/cah
cc: Midwest Drywall Co., Inc.

Old Town Square • 300 N. Mead, Suite 200 • Wichita, KS 67202-2722
T: 316.262.2671 • F: 316.262.6226 • www.morrislaing.com
Topeka Office Located in USBank Building

MWD4613