IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> MIDWEST DRYWALL CO., INC. ) <br> ) <br> Defendant. ) <br> _____) | Case Number 06-131 (GK) <br> Next-Scheduled Court Deadline <br> Pretrial Conference: <br> February, 2008 |

ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment including Plaintiff's Memorandum of Points and Authorities and Statement of Material Facts As To Which There is No Genuine Issue, and supporting declarations and attachments, as well as upon consideration of Defendant's opposition thereto including Defendant's Memorandum of Points and Authorities in Opposition and Statement of Genuine Issues of Material Fact, and supporting declarations, attachments, and the record herein, the Court finds that there are material facts in dispute preventing entry of summary judgment in favor of the Plaintiff and that Plaintiff is not entitled to judgment as a matter of law. ACCORDINGLY, it is hereby

ORDERED that Plaintiff's Motion be and it hereby is DENIED.

SO ORDERED, this _____ day of _____, 2008.

_____
Honorable Judge Gladys Kessler