# CERTIFICATE OF SERVICE

      I, Robert D. Overman, Esquire, hereby certify that on this 6th day of February, 2008, I presented the foregoing Defendant's Opposition to Plaintiff's Motion for Summary Judgment Including Memorandum of Points and Authorities In Opposition to Plaintiff's Motion, Defendant's Statement of Genuine Issues of Material Fact and supporting Declarations and Exhibits, and Proposed Order to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

    Sanford G. Rosenthal    usdc-dc@jslex.com
    Richard B. Sigmond
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

    Joseph E. Kolick, Jr.    kolickj@dicksteinshapiro.com
    Dickstein Shapiro LLP
    1825 Eye Street, NW
    Washington, DC 20006

and a copy sent via e-mail to:

    Shanna M. Cramer    scramer@jslex.com
    Jennings Sigmond, P.C.
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683

    *Attorneys for Plaintiff Fund*

                                          s/Robert D. Overman