IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND<br>ALLIED TRADES INDUSTRY<br>PENSION FUND,<br>           Plaintiff,<br><br>v.<br><br>MIDWEST DRYWALL CO., INC.,<br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-131 (GK)<br>**Next-Scheduled Court Deadline**<br>**Pretrial Conference** |

## ORDER

Upon consideration of Defendant Midwest Drywall Co., Inc.'s Motion for Summary Judgment, and Plaintiff's Opposition thereto, as well as the documents filed of record with the Court,

IT IS ORDERED, that Defendant's Motion for Summary Judgment is DENIED.

Date: _____

                                                                          _____
                                                                           JUDGE GLADYS KESSLER
                                                                           United States District Judge

DSMDB-2389428

Copies to:

Richard B. Sigmond, Esq.
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683
Telephone:  (215) 351-0609
Facsimile:  (215) 922-3524

Joseph E. Kolick, Jr., Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2253
Facsimile:  (202) 420-2201

Robert D. Overman, Esq.
Morris, Laing, Evans, Brock & Kennedy, Chtd.
300 N. Mead, Ste 200
Wichita, KS  67202-2722
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226

Charles F. Walters, Esq.
Seyfarth Shaw, LLP
815 Connecticut Avenue, NW, Ste. 500
Washington, DC  20006
Telephone:  (202) 263-2400
Facsimile:  (202) 282-5393