**EXHIBIT 41**

JAN-10-2003(FRI) 17:40   KHS&S                     (FAX)714 695 3671        P.002/002

K 1454      DW86

**PAINTERS & DECORATORS JOINT INDUSTRY ADMINISTRATION BOARD, INC.**
1841 N. 24TH STREET
Phoenix, AZ 85008

MEMORANDUM OF UNDERSTANDING
(For Out-of-Area Contractors)

THIS MEMORANDUM OF UNDERSTANDING is entered into this __3rd__ day of __January, 2003__ by and between the International Union of Painters and Allied Trades Local Union No. 86 of Phoenix, Arizona (herein called "Union") and __Keenan, Hopkins, Suder, & Stowell__ (herein called "Employer"), covering all work performed by the Employer within the jurisdiction of Local Union No. 86.

The Employer hereby agrees and acknowledges it is party to a Collective Bargaining Agreement with the International Union of Painters and Allied Trades __District Council 36__, (herein called "Home Local") located in __California__, which expires on __September 30__, 2003, and wherein the Employer has bound itself, when engaged in work in a jurisdiction other than that of its Home Local, to abide by and comply with all the provisions of Collective Bargaining Agreement in effect in other jurisdictions until __August__, 200_3_.

By virtue of mutual promises and considerations therein implied or expressly contained, Employer agrees with respect to work performed by Employer within jurisdiction of Local Union No. 86, Employer is an shall be bound by all lawful provisions, including but not limited to provisions covering wages, working conditions, and fringe benefits, of the existing Collective Bargaining Agreement by and between Local Union No. 86 and PDCA Central Arizona Chapter One/Various other Contractors (herein called "Area Contract") until - __August__ 200_3_.

The Employer further agrees, for the purpose of making contributions to fringe benefit funds established by said "Area Contract", it will, on behalf of employees employed by it who are members of and from within the jurisdiction of Local Union No. 86, make contributions as follows:

1. Contributions into said fund shall be made in the rate, manner, terms, and conditions as specified in said Area Contract.

2. The Employer is bound by and to the Agreement(s) and Declaration(s) of Trust created for the Members of Local Union No. 86 of Phoenix, Arizona only until __August__, 200_3_.

3. The Employer is and will be bound by all action taken by said Trustees pursuant to the said Trust Agreements until __August__, 200_3_.

This Memorandum of Understanding is contingent on the continuation of a collective bargaining relationship between the Employer and the Home Local. This Memorandum of Understanding shall not be in effect and shall not apply during any period of time when the Home Agreement is not in effect or when the Employer's Home Local is engaged in a lawful strike directed against the Employer. This Memorandum of Understanding shall expire with the expiration of the Home Agreement or the Area Agreement whichever sooner occurs.

FOR THE EMPLOYER                          PAINTERS AND ALLIED TRADES
                                          Local Union No. 86

_[signature]_                             _[signature]_

JAN 27 2003