## <u>CERTIFICATE OF SERVICE</u>

I, Robert D. Overman, Esquire, hereby certify that on this 19th day of February, 2008, I presented the foregoing Defendant Midwest Drywall's Reply Memorandum In Support of Its Motion for Summary Judgment to the clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Sanford G. Rosenthal          usdc-dc@jslex.com
Richard B. Sigmond
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Joseph E. Kolick, Jr.          kolickj@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

and a copy sent via e-mail to:

Shanna M. Cramer          scramer@jslex.com
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

*Attorneys for Plaintiff Fund*

s/Robert D. Overman